# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| MONDIS TECHNOLOGY LTD., | |
| Plaintiff, | Case No. 2:07-cv-00565-TJW-CE |
| v. | **JURY** |
| LG ELECTRONICS INC., LG ELECTRONICS, USA, INC., HON HAI PRECISION INDUSTRY CO., LTD, a/k/a/ FOXCONN, INNOLUX DISPLAY CORP., and INNOLUX CORP., | |
| Defendants. | |

## ORDER OF DISMISSAL

Before the Court is Plaintiff Mondis Technology Ltd. and Defendants and Counterclaim-Plaintiffs LG Electronics Inc. and LG Electronics, USA, Inc's (collectively "the parties") Stipulated Motion For Dismissal. The motion is GRANTED. Accordingly, it is hereby ORDERED that:

    1.    All claims and counterclaims in the above-captioned action between the parties are hereby dismissed: (a) with prejudice in relation to all products other than "Unreleased Products" noted in the parties' Settlement Agreement, and (b) without prejudice in relation to those "Unreleased Products."

    2.    Each party shall bear its own costs and attorneys' fees.

    3.    This Court retains jurisdiction to enforce the parties' Settlement Agreement.

SIGNED this 17th day of September, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE