**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| MONDIS TECHNOLOGY, LTD., <br>     Plaintiff, | § § § § | |
| v. | § § | CIVIL ACTION NO. 2:07-CV-565-TJW-CE |
| LG ELECTRONICS, INC., ET AL, <br>     Defendants. | § § § § | |
| _____ | § § | **Consolidated with:** |
| MONDIS TECHNOLOGY, LTD., <br>     Plaintiff, | § § § § | |
| v. | § § | CIVIL ACTION NO. 2:08-CV-478-TJW |
| TOP VICTORY ELECTRONICS (TAIWAN) CO. LTD., <br>     Defendant. | § § § § | |

# **ORDER**

The Court has received notice that the TPV parties have settled and are no longer in this case. Therefore, the Court *sua sponte* Orders that the defendants' trial time is now 15 hours collectively.

It is so ORDERED.

SIGNED this 14th day of June, 2011.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE

1