IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JUN 27 2011

DAVID J. MALAND, CLERK
BY
DEPUTY _____

| | | |
|---|---|---|
| MONDIS TECHNOLOGY, LTD., Plaintiff, | § § § § | |
| v. | § § | CIVIL ACTION NO. 2:07-CV-565-TJW-CE |
| LG ELECTRONICS, INC., ET AL, Defendants. | § § § § | |
| | § | Consolidated with: |
| MONDIS TECHNOLOGY, LTD., Plaintiff, | § § § § | |
| v. | § § | CIVIL ACTION NO. 2:08-CV-478-TJW |
| TOP VICTORY ELECTRONICS (TAIWAN) CO. LTD., Defendant. | § § § § | |

## VERDICT FORM

In answering these questions, you are to follow all of the instructions I have given you in the Court's charge.

1. Did Mondis prove by a preponderance of the evidence that InnoLux infringed any of the asserted claims of the Mondis patents identified below?

**Answer "Yes" or "No" for each claim.**

'090 Patent

    Claim 3      No  InnoLux

    Claim 15    Yes  InnoLux

    Claim 20    No  InnoLux

1

**'088 Patent**

    Claim 9    No   InnoLux

    Claim 25   No   InnoLux

**'970 Patent**

    Claim 18   No   InnoLux

**'342 Patent**

    Claim 15   yes   InnoLux

**'180 Patent**

    Claim 14   yes   InnoLux

    Claim 23   yes   InnoLux

**'812 Patent**

    Claim 1   yes   InnoLux

    Claim 11   yes   InnoLux

**'588 Patent**

    Claim 1   yes   InnoLux

    2.    If You found that InnoLux infringed one or more claims of a patent, did Mondis prove by clear and convincing evidence that the infringement of that patent was willful?

    **Answer "Yes" or "No" for each patent.**

**'090 Patent**   yes   InnoLux

**'088 Patent**   No   InnoLux

**'970 Patent**   No   InnoLux

**'342 Patent**   yes   InnoLux

**'180 Patent**   yes   InnoLux

2

3. For each asserted claim of the patents-in-suit, did InnoLux prove by clear and convincing evidence that such claim is invalid?

**Check the first column indicated as "valid" or check the second column indicated as "invalid," depending on your answer to Question Number 3 above.**

|  | VALID | INVALID |
|---|---|---|
| **'090 Patent** | | |
| Claim 3 |  | ✓ |
| Claim 15 | ✓ |  |
| Claim 20 |  | ✓ |
| **'088 Patent** | | |
| Claim 9 |  | ✓ |
| Claim 22 |  | ✓ |
| Claim 25 |  | ✓ |
| **'970 Patent** | | |
| Claim 18 |  | ✓ |
| **'342 Patent** | | |
| Claim 15 | ✓ |  |
| **'180 Patent** | | |
| Claim 14 | ✓ |  |
| Claim 23 | ✓ |  |

|  | VALID | INVALID |
|---|---|---|
| **'812 Patent** | | |
| Claim 1 | ✓ | ____ |
| Claim 11 | ✓ | ____ |
| **'588 Patent** | | |
| Claim 1 | ✓ | ____ |

4. Did Innolux prove by a preponderance of the evidence that products sold to the Hewlett-Packard Company are licensed under Hewlett-Packard's license agreement?

   **Answer "Yes" or "No"**

   _Yes_

5a. What sum of money, if paid now in cash, do you find from a preponderance of the evidence would fairly and reasonably compensate Mondis for the Defendant's past infringement?

   Only award damages for those claims You find infringed and valid. Also, if You answer "Yes" to Question Number 4 above, do not award damages for those products sold by InnoLux that are covered under the Hewlett-Packard license agreement. Finally, do not assess any interest, as the Court will determine interest if it deems necessary.

   InnoLux: $ _15 Million_

4

5b. If you awarded money damages in Question 5a, what royalty rate (expressed as a percentage) did you apply as to the (1) monitors and (2) televisions.

InnoLux Monitors Royalty Rate: __.5__ %

InnoLux Televisions Royalty Rate: __.75__ %

Signed this 27 day of June, 2011.